No. 97–8702. LONGARIELLO v. SCHOOL BOARD OF DADE COUNTY, FLORIDA. Sup. Ct. Fla. Certiorari denied. ■

No. 97–8706. BROWN v. ARKANSAS. Sup. Ct. Ark. Certiorari denied. ■

No. 97–8752. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–8753. KENNEDY v. PARAMOUNT PICTURES CORP. ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 97–8770. PARKS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–8781. CIMINO v. ZUK ET AL. C. A. 2d Cir. Certiorari denied. ■

No. 97–8785. TURNER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ■

No. 97–8793. ALJAMI v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 97–8795. GRIFFIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ■

No. 97–8799. GODFREY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–8810. KARASEK v. CITY OF DAYTON. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 97–8824. KUKU v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ■

No. 97–8841. SWAIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ■

No. 97–8842. MCCABE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ■

No. 97–8845. BARNES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ■

No. 97–8847. PICKERING v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ■